No. D–935. IN RE DISBARMENT OF ANTICO. It is ordered that Peter J. Antico, of Jersey City, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.